# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2010

141507 & (12)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 141507
                                        COA:  297949
                                        Oakland CC: 2005-202065-FH

LARRY LEE JOHNSON,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 10, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.  The motion to remand is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

p1018

_____
Clerk